**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**PIRKOL CHARLES,**

    Plaintiff(s),

v.                                                                                          CASE NO:  8:11-CV-194-T-30TBM

**CITY OF TEMPLE TERRACE,**

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Joint Notice of Settlement (Dkt. #21) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this Order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE and ORDERED** in Tampa, Florida on September 28, 2011.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-194 dismiss 21.docx